UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,

    Petitioner,

v.                                                             Case No:   6:16-cv-112-Orl-31TBS

HCL INC. and WALT DISNEY WORLD,

    Defendants.

## ORDER

Defendant Walt Disney Parks and Resorts U.S., Inc.'s[1] Consent Motion for Admission *Pro Hac Vice*, (Doc. 10) is **GRANTED**, and attorneys David W. Ogden, Colin Reardon and Alan Schoenfeld are admitted to appear *pro hac vice* on behalf of Defendant Walt Disney Parks and Resorts U.S., Inc.   These attorneys are affiliated with Wilmer Cutler Pickering Hale and Dorr LLP.   Mr. Ogden is located at 1875 Pennsylvania Avenue, NW, Washington, DC 20006 and Messrs. Reardon and Schoenfeld are located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").   Within ten (10) days of the date of this Order, Mr. Ogden, Mr. Reardon and Mr. Schoenfeld shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.

Pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof

---

[1] Defendant states that Plaintiff incorrectly identified it as Walt Disney World (Doc. 10, n. 1).

in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. R. 2.02(c).

Attorney Mary Ruth Houston, a member of the bar of this Court whose address is 200 South Orange Avenue, Suite 1000, Orlando, Florida 32801 has consented to the designation of local counsel. Ms. Houston shall accept service of all notices and papers on behalf of Defendant Walt Disney Parks and Resorts U.S., Inc., and is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record