UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,

    Plaintiff,

v.                                            Case No:   6:16-cv-112-Orl-31TBS

HCL INC. and WALT DISNEY WORLD,

    Defendants.

## ORDER

The parties' Joint Motion to Enlarge Time to Respond to Complaints, for Leave to File Replies, and to Adjourn the Time for Plaintiff to Move for Class Certification (Doc. 13) is **GRANTED in part** as follows:

(1) Defendants have through May 13, 2016 within to respond to Plaintiff's complaint.

(2) Plaintiff shall have 60 days from the filing of the last motion to dismiss within to file his response to all motions to dismiss.

(3) The time for Plaintiff to file a motion for class certification is adjourned until the resolution of all motions to dismiss.

The length of these extensions of time is extraordinary and counsel should not assume that this will be the norm in the case.   If a party desires to file a reply it should first make a motion to that effect.   The Court will then decide the issues raised in the motion.

With the exception of the relief provided above, the motion is **DENIED**.

DONE and ORDERED in Orlando, Florida on March 30, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record

- 2 -