## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LEO PERRERO,                                                      Case No.: 6:16-CV-112-Orl-31TBS

    Plaintiff,

v.

HCL, INC., and WALT DISNEY WORLD,

    Defendants.
_____/

### NOTICE OF APPEARANCE

COMES NOW, Richard S. Dellinger, Esquire of the law firm of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., and files this Notice of Appearance on behalf of Defendant, HCL America, Inc.[1] in the above-styled cause of action.  All parties are directed to serve all notices, motions and pleadings on the undersigned.

Dated this 1st day of April, 2016.

                                                                         Respectfully submitted

                                                                         */s/ Richard S. Dellinger*
                                                                         Richard S. Dellinger, Esquire
                                                                         Florida Bar No.: 179957
                                                                         LOWNDES, DROSDICK, DOSTER,
                                                                            KANTOR &  REED, P.A.
                                                                         215 North Eola Drive
                                                                         Orlando, Florida 32801
                                                                         Telephone: (407) 843-4600
                                                                         Facsimile (407) 843-4444
                                                                         richard.dellinger@lowndes-law.com
                                                                         tina.althoff@lowndes-law.com
                                                                         litcontrol@lowndes-law.com

---

[1] The Complaint does not properly identify any of the entities at issue.  The Florida Corporation known as HCL, Inc. is an inactive corporation with no relationship to the contracting parties.  The contracting companies on the Disney World project at issue are HCL America, Inc. and Disney Worldwide Services, Inc.  HCL Technologies Limited Corporation is HCL America, Inc.'s parent

and

Charles B. Casper, Esquire
*To be Admitted Pro Hac Vice*
Pennsylvania Bar No.: 42784
MONTGOMERY, McCRACKEN, WALKER &
   RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania  19109
Telephone:  (215) 772-7223
Facsimile: (215) 772-7620
ccasper@mmwr.com

*Attorneys for Defendant, HCL America, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that I have this   1st   day of April, 2016, electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Mary Ruth Houston, Esquire
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 407-835-6939
Facsimile: 407-425-8316
E-mail: mhouston@shutts.com

David W. Ogden, Esquire
*Admitted Pro Hac Vice*
WILMER CUTLER PICKERING
  HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  202-663-6440
Facsimile:   202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld, Esquire
*Admitted Pro Hac Vice*
Colin Reardon, Esquire
*Admitted Pro Hac Vice*
WILMER CUTLER PICKERING
  HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

    /s/ Richard S. Dellinger
    Richard S. Dellinger