UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,

    Plaintiff,

v.                                          Case No.: 6:16-CV-112-Orl-31TBS

HCL, INC., and WALT DISNEY WORLD,

    Defendants.
_____/

**DEFENDANT, HCL AMERICA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant HCL AMERICA, INC.[1], by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this *Certificate of Interested Persons and Corporate Disclosure Statement*, and states as follows:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Leo Perrero**
    **HCL America, Inc.**
    **HCL Technologies Limited**
    **Walt Disney Parks and Resorts U.S., Inc.**
    **The Walt Disney Company**
    **Sara Blackwell, Esquire**

---

[1] The Complaint does not properly identify the HCL entity at issue. The Florida corporation known as HCL, Inc. is a dissolved corporation with no relationship to HCL America, Inc., the employer of the H-1B visa holders at issue, and thus the proper HCL defendant. HCL Technologies Limited is HCL America, Inc.'s parent.

**The Blackwell Firm**
**Mary Ruth Houston, Esquire**
**Shutts & Bowen, LLP**
**David W. Ogden, Esquire**
**Alan Schoenfeld, Esquire**
**Colin Reardon, Esquire**
**Wilmer, Cutler, Pickering, Hale & Dorr, LLP**
**Richard S. Dellinger, Esquire**
**Lowndes, Drosdick, Doster, Kantor & Reed, P.A.**
**Charles B. Casper, Esquire**
**Montgomery, McCracken, Walker & Rhoads, LLP**

2.      The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**HCL Technologies Ltd. (NSE: HCLTECH)**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**N/A**

4.      The name of each victim (individual or corporate), of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**N/A**

5.      Check one of the following:

  X   a.      **I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.**

-or-

_____b.      I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Respectfully submitted this  1st  day of April, 2016.

            /s/  Richard S. Dellinger
            Richard S. Dellinger, Esquire
            Florida Bar No.: 179957
            LOWNDES, DROSDICK, DOSTER,
             KANTOR &  REED, P.A.
            215 North Eola Drive
            Orlando, Florida 32801
            Telephone: (407) 843-4600
            Facsimile (407) 843-4444
            richard.dellinger@lowndes-law.com
            tina.althoff@lowndes-law.com
            litcontrol@lowndes-law.com

            and

            Charles B. Casper, Esquire
            *To be Admitted Pro Hac Vice*
            Pennsylvania Bar No.: 42784
            MONTGOMERY, McCRACKEN, WALKER &
             RHOADS, LLP
            123 South Broad Street
            Philadelphia, Pennsylvania  19109
            Telephone:  (215) 772-1500
            Facsimile: (215) 772-7620
            ccasper@mmwr.com

            *Attorneys for Defendant HCL America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of April, 2016, electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Mary Ruth Houston, Esquire
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 407-835-6939
Facsimile: 407-425-8316
E-mail: mhouston@shutts.com

David W. Ogden, Esquire
*Admitted Pro Hac Vice*
WILMER CUTLER PICKERING
  HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  202-663-6440
Facsimile:   202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld, Esquire,
*Admitted Pro Hac Vice*
Colin Reardon, Esquire
*Admitted Pro Hac Vice*
WILMER CUTLER PICKERING
  HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

 /s/ Richard S. Dellinger
Richard S. Dellinger