UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,

    Petitioner,

v.                                                   Case No:   6:16-cv-112-Orl-31TBS

HCL INC. and WALT DISNEY WORLD,

    Defendants.

## ORDER

The Consent Motion for Charles B. Casper to Appear *Pro Hac Vice* (Doc. 19) is **DENIED without prejudice**.   The motion fails to show that Mr. Casper is a member in good standing of the bar of a district court of the United States outside Florida.   See M.D. F$_{LA}$. 2.02(a).

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2016.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record