UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,   Case No.: 6:16-CV-112-Orl-31TBS

  Plaintiff,

v.

HCL, INC., and WALT DISNEY WORLD,

  Defendants.
_____/

### AMENDED CONSENT MOTION FOR CHARLES B. CASPER TO APPEAR *PRO HAC VICE*

Defendant, HCL America, Inc.[1] ("HCL"), by and through its undersigned counsel, pursuant to pursuant to Local Rule 2.02 of the U.S. District Court for the Middle District of Florida, hereby respectfully requests that this Court enter an Order allowing Charles B. Casper, Esquire of the law firm of Montgomery, McCracken, Walker & Rhoads, L.L.P., to appear *pro hac vice* on behalf of Defendant HCL in this action, and as grounds therefor states the following:

1. Charles B. Casper is an attorney licensed to practice law and is in good standing in the Bars of the Commonwealth of Pennsylvania, the State of New York, the State of New Jersey and the State of Utah. His status in Utah is inactive. Mr. Casper is also a member in good standing of the Bars of the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey, the Southern District of New York, the Eastern District of New York, the District of Utah and the District of Colorado. Mr. Casper has been retained as litigation counsel for Defendant HCL.

---

[1] The Complaint does not properly identify any of the entities at issue. The Florida Corporation known as HCL, Inc. is an inactive corporation with no relationship to the contracting parties. The contracting companies on the Disney World project at issue are HCL America, Inc. and Disney Worldwide Services, Inc. HCL Technologies Limited Corporation is HCL America, Inc.'s parent.

2. Attached hereto is a copy of the Special Admission Attorney Certification form for Mr. Casper which is being forwarded concurrently herewith to the Clerk of Court with the required fee.

3. Mr. Casper agrees, pursuant to Local Rule 2.02(c) to become familiar with and to be governed by the local rules of the Middle District of Florida, and also to become familiar with and to be governed by the Code of Professional Responsibility and other ethical limitations or requirements that govern the professional behavior of members of the Florida Bar.

4. Mr. Casper has, or will within the requisite time periods, comply with Local Rules 2.01(d) and 2.02(a) regarding fees, CM/ECF, and local counsel designation requirements. Concurrently herewith, a check for the requisite Special Admission Attorney Certification fee is being submitted to the Clerk of Court on behalf of Mr. Casper.

5. Mr. Casper does not regularly practice in the Middle District of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases in Florida to such degree as to constitute the regular practice of law in the State of Florida.

6. Pursuant to Local Rule 2.02(a), Richard S. Dellinger, Esquire is designated as a member of the bar of this Court, resident in Florida, upon whom all notices and papers may be served and who will be equally responsible for the progress of the case, including the trial in default of Mr. Casper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that counsel for Defendant HCL has conferred with all counsel in a good faith effort to resolve the issues raised by this motion, and counsel has no objection to the granting of this Motion.

WHEREFORE, Defendant, HCL America, Inc., respectfully requests that this Court enter an order granting this Motion and allowing Mr. Casper to appear *pro hac vice* in this action as counsel on behalf of Defendant, HCL America, Inc.

Respectfully submitted

  /s/ Richard S. Dellinger
Richard S. Dellinger, Esquire
Florida Bar No.: 179957
LOWNDES, DROSDICK, DOSTER,
   KANTOR & REED, P.A.
215 North Eola Drive
Orlando, Florida 32801
Telephone: (407) 843-4600
Facsimile (407) 843-4444
richard.dellinger@lowndes-law.com
tina.althoff@lowndes-law.com
litcontrol@lowndes-law.com

and

Charles B. Casper, Esquire
*To be Admitted Pro Hac Vice*
Pennsylvania Bar No.: 42784
MONTGOMERY, McCRACKEN, WALKER &
   RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
Telephone: (215) 772-7223
Facsimile: (215) 772-7620
ccasper@mmwr.com

*Attorneys for Defendant, HCL America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___1st___ day of April, 2016, electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Mary Ruth Houston, Esquire
SHUTTS & BOWEN LLP
300 South Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 407-835-6939
Facsimile: 407-425-8316
E-mail: mhouston@shutts.com

David W. Ogden, Esquire
*Admitted Pro Hac Vice*
WILMER CUTLER PICKERING
  HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202-663-6440
Facsimile:  202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld, Esquire
*Admitted Pro Hac Vice*
Colin Reardon, Esquire
*Admitted Pro Hac Vice*
WILMER CUTLER PICKERING
  HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

        */s/ Richard S. Dellinger*
        Richard S. Dellinger

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SPECIAL ADMISSION
ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

LEO PERRERO,
Plaintiff(s)/Petitioner(s),

v.

HCL, INC., and

WALT DISNEY WORLD,
Defendant(s)/Respondent(s)

CASE NO. 6:16-cv-112-Orl-31TBS

I, Charles B. Casper (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of HCL America, Inc. (erroneously identified as HCL, Inc.) (party represented).

**ATTORNEY INFORMATION**

Firm Name: Montgomery, McCracken, Walker & Rhoads, LLP
Address: 123 South Broad Street
City: Philadelphia  State: PA  Zip: 19109 - 1029
Firm/Business Phone: (215) 772-7223  Alternate Phone: (215) 772-1500
Firm/Business Fax: (215) 772-7620
E-mail Address: ccasper@mmwr.com

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE:** If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_Chs. B. Casper_  _3/24/16_
Signature                                    Date

Revised 01/01/15                             Page 1 of 2

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.