UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,

    Petitioner,

v.                                         Case No:   6:16-cv-112-Orl-31TBS

HCL INC. and WALT DISNEY WORLD,

    Defendants.

## ORDER

Defendant HCL America, Inc.'s[1] Amended Consent Motion for Charles B. Casper to Appear *Pro Hac Vice*, (Doc. 22) is **GRANTED**, and Mr. Casper is admitted to appear *pro hac vice* on behalf of HCL.  Mr. Casper is affiliated with Montgomery, McCracken, Walker & Rhoads, L.L.P., 123 South Broad Street, Philadelphia, Pennsylvania 19109.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF").  Within ten (10) days of the date of this Order, Mr. Casper shall register to participate and docket in CM/ECF or show cause in writing within that time frame why he is unable to participate.

Pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."  M.D. FLA. R. 2.02(c).

---

[1] Defendant states that Plaintiff incorrectly identified it as HCL, Inc. (Doc. 22, n. 1).

Attorney Richard S. Dellinger, a member of the bar of this Court whose address is 215 North Eola Drive, Orlando, Florida 32801 has consented to the designation of local counsel.   Mr. Dellinger shall accept service of all notices and papers on behalf of HCL and is responsible for the progress of the case, including the trial, in default of the non-resident attorney.

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record