## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Middle**  **US District Court**

Case Number: 8:16-CV-172-T-33-EAJ

Plaintiff:
**Leo Perrero**

vs.

Defendant:
**HCL Inc. et al.**

For:
Sara K. Blackwell, Esq.
The Blackwell Firm
1800 2nd Street
Suite 882
Sarasota, FL 34236

Received by Here Comes The Judge on the 14th day of April, 2016 at 2:25 pm to be served on **HCL Technologies Limited by serving CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, CHRIS YEOMAN, being duly sworn, depose and say that on the **19th day of April, 2016 at 2:40 pm**, I:

**SERVED** the within named corporation by delivering a true copy of the **Summons in A Civil Action, Civil Cover Sheet and Verified Class Action Complaint Against HCL Inc. and Walt Disney World with Attachments** with the date and hour of service endorsed thereon by me to **Donna Moch** as employee of the Registered Agent (Company) for **HCL Technologies Limited by serving CT Corporation System at 1200 S Pine Island Road, Plantation, FL 33324** and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 135, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 19th day of April, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

AMY ROBY
Notary Public - State of Florida
My Comm. Expires Nov 24, 2018
Commission # FF 145806

CHRIS YEOMAN
SPS #262

Here Comes The Judge
3293 Fruitville Road
Suite 106
Sarasota, FL 34237
(941) 954-0169

Our Job Serial Number: HCJ-2016002744

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Date: 4/19/16
Time: 2:40pm
Initials: [illegible]
ID #: 8954262

Leo Perrero
_____
Plaintiff(s)

v.

HCL Technologies Limited
and Walt Disney World
_____
Defendant(s)

Civil Action No. 8:16-CV-172-T-33EAJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
HCL Technologies Limited
Kabir Choudhury
4928 10th Ave. North
Green Acres, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sara Blackwell
1800 2nd St. Suite 882
Sarasota, FL 34236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 25 2016

_____
Signature of Clerk or Deputy Clerk