# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LEO PERRERO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HCL INC. and WALT DISNEY WORLD,<br><br>　　　　　Defendants. | Case No. 6:16-CV-00112-GAP-TBS |

## DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S REQUEST FOR ORAL ARGUMENT ON DISPOSITIVE MOTION TO DISMISS AND MEMORANDUM OF LAW

Pursuant to M.D. Fla. Local Rule 3.01(j), Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") respectfully requests that the Court grant oral argument on its motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). WDPR estimates that one hour, inclusive of each party, is required for oral argument on this motion.

This 13th day of May, 2016.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Mary Ruth Houston

　　　　　　　　　　　　　　　　　　Mary Ruth Houston (Bar No. 834440)
　　　　　　　　　　　　　　　　　　SHUTTS & BOWEN LLP
　　　　　　　　　　　　　　　　　　300 South Orange Ave., Suite 1000
　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　Telephone: 407-835-6939
　　　　　　　　　　　　　　　　　　Facsimile: 407-425-8316
　　　　　　　　　　　　　　　　　　E-mail: mhouston@shutts.com

David W. Ogden (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: 202-663-6440
Facsimile: 202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
Colin Reardon (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of May, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Sara Blackwell
>The Blackwell Firm
>1800 2nd St. Ste. 882
>Sarasota, FL 34236
>Telephone: 941-961-3046
>E-mail: sara@theblackwellfirm.com
>
>Richard S. Dellinger
>LOWNDES DROSDICK DOSTER KANTOR & REED, P.A.
>215 N. Eola Drive
>Orlando, FL 32801
>Telephone: 407-418-6480
>Facsimile: 407-843-4444
>E-mail: richard.dellinger@lowndes-law.com
>
>Charles B. Casper (*pro hac vice pending*)
>MONTGOMERY McCRACKEN WALKER & RHOADS LLP
>123 South Broad St.
>Philadelphia, PA 19109
>Telephone: 215-772-1500
>Facsimile: 215-731-3750
>E-mail: ccasper@mmwr.com

>/s/ Mary Ruth Houston
>Mary Ruth Houston

ORLDOCS 14700067 1