UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEO PERRERO,

    Plaintiff,

v.                                    Case No.: 6:16-CV-112-Orl-31TBS

HCL, INC., and WALT DISNEY WORLD,

    Defendants.
_____/

## HCL AMERICA, INC.'S REQUEST FOR ORAL ARGUMENT ON DISPOSITIVE MOTION TO DISMISS COMPLAINT

Defendant, HCL AMERICA, INC.[1], by and through its undersigned attorneys, pursuant to Rule 3.01(j) of the Local Rules of the Middle District of Florida, hereby requests that this Court allow oral argument on its Dispositive Motion to Dismiss Complaint (Doc. 27). It is estimated that the total time for the argument is one (1) hour.

Dated: May 13, 2016                   Respectfully submitted,

                                                     /s/ Richard S. Dellinger
                                                 Richard S. Dellinger, Esquire
                                                 Florida Bar No.: 179957
                                                 LOWNDES, DROSDICK, DOSTER,
                                                   KANTOR & REED, P.A.
                                                 215 North Eola Drive
                                                 Orlando, Florida 32801
                                                 Telephone: (407) 843-4600
                                                 Facsimile (407) 843-4444
                                                 E-mail: richard.dellinger@lowndes-law.com

---

[1] The Complaint incorrectly names "HCL, Inc." as a defendant. A consent motion to substitute HCL America, Inc. for "HCL, Inc." as a defendant is pending (Doc. 12).

-2-

and

Charles B. Casper, Esquire (admitted *pro hac vice*)
Pennsylvania Bar No.: 42784
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania  19109
Telephone:  (215) 772-1500
Facsimile: (215) 772-7620
E-mail: ccasper@mmwr.com

*Attorneys for Defendant HCL America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to:

| | |
|---|---|
| Sara Blackwell, Esquire<br>THE BLACKWELL FIRM<br>1800 2nd Street, Suite 882<br>Sarasota, Florida  34236<br><br>E-mail:  sara@theblackwellfirm.com | Mary Ruth Houston, Esquire<br>Glennys Ortega Rubin, Esquire<br>SHUTTS & BOWEN LLP<br>300 South Orange Avenue, Suite 1000<br>Orlando, FL 32801<br><br>E-mail:  mhouston@shutts.com<br>E-mail:  grubin@shutts.com |
| David W. Ogden, Esquire (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br><br>E-mail:  David.ogden@wilmerhale.com | Alan Schoenfeld, Esquire<br>(admitted *pro hac vice*)<br>Colin Reardon, Esquire<br>(admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007<br><br>E-mail:  Alan.Schoenfeld@wilmerhale.com<br>E-mail:  Colin.reardon@wilmerhale.com |

 */s/ Richard S. Dellinger*
Richard S. Dellinger

0161103\170362\2650055v1