**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LEO PERRERO,<br><br>       Plaintiff,<br><br>v.<br><br>HCL INC. and WALT DISNEY WORLD,<br><br>       Defendants. | Case No. 6:16-CV-00112-GAP-TBS |

**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S**
**RESPONSE TO PLAINTIFF'S MOTION TO ENLARGE TIME**

Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") respectfully files this response to Plaintiff's motion to enlarge the time to respond to WDPR's motion to dismiss. *See* ECF No. 37. WDPR takes no position on Plaintiff's request for additional time.

This 7th day of July, 2016.

                     Respectfully submitted,

                     /s/ Alan Schoenfeld

                     Mary Ruth Houston (Bar No. 834440)
                     SHUTTS & BOWEN LLP
                     300 South Orange Ave., Suite 1000
                     Orlando, FL 32801
                     Telephone: 407-835-6939
                     Facsimile: 407-425-8316
                     E-mail: mhouston@shutts.com

David W. Ogden (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  202-663-6440
Facsimile:   202-663-6363
E-mail: david.ogden@wilmerhale.com

Alan Schoenfeld (*pro hac vice*)
Colin Reardon (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE and DORR LLP
7 World Trade Center, 250 Greenwich St.
New York, NY 10007
Telephone:  212-230-8800
Facsimile:   212-230-8888
E-mail: alan.schoenfeld@wilmerhale.com
E-mail: colin.reardon@wilmerhale.com

*Counsel for Walt Disney Parks and Resorts U.S., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of July, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Sara Blackwell
>The Blackwell Firm
>1800 2nd St. Ste. 882
>Sarasota, FL 34236
>Telephone: 941-961-3046
>E-mail: sara@theblackwellfirm.com
>
>Richard S. Dellinger
>LOWNDES DROSDICK DOSTER KANTOR & REED, P.A.
>215 N. Eola Drive
>Orlando, FL 32801
>Telephone: 407-418-6480
>Facsimile:  407-843-4444
>E-mail: richard.dellinger@lowndes-law.com
>
>Charles B. Casper
>MONTGOMERY McCRACKEN WALKER & RHOADS LLP
>123 South Broad St.
>Philadelphia, PA 19109
>Telephone: 215-772-1500
>Facsimile: 215-731-3750
>E-mail: ccasper@mmwr.com

>>/s/ Alan Schoenfeld
>>       Alan Schoenfeld