**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| LEO PERRERO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HCL AMERICA, INC. and WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>　　　　　　　　　Defendants. | Case No. 6:16-CV-00112-GAP-TBS |

**DEFENDANT HCL AMERICA, INC.'S UNOPPOSED MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule 3.01, Defendant HCL America, Inc. ("HCLA"), requests leave to file a brief reply memorandum to Plaintiff's opposition to HCLA's motion to dismiss his Complaint. In support of this Motion, HCLA states as follows:

**MEMORANDUM OF LAW**

Local Rule 3.01(c) provides that a party may not file a reply to an opposition to a motion, unless leave is granted. HCLA requests leave of Court to file a short reply memorandum of no more than seven pages, to be filed within ten days of the date of an order on this motion, in order to address certain arguments raised in Plaintiff's opposition to its motion to dismiss.

Specifically, HCLA seeks to address two points in Plaintiff's opposition. First, HCLA seeks to address Plaintiff's assertion not alleged in the Complaint that H-1B workers unlawfully entered the United States in violation of a statute not alleged in the Complaint (and miscited in the opposition). See Opposition at 4-6 (citing 8 U.S.C. § 1182(5)(A), which is actually 8 U.S.C. § 1182(a)(5)(A)). HCLA seeks permission to show that this section of the Immigration and

Nationality Act does not apply to H-1B employees and thus cannot provide the alternative basis for Plaintiff's RICO claims the opposition asserts). Second, HCLA seeks to address Plaintiff's claim asserted in the opposition that he need not exhaust his administrative remedies before bringing this suit.

WHEREFORE, HCLA respectfully requests that the Court enter an order granting it leave to file a reply as set forth herein and that the Court grant such other and further relief as it deems just and proper.

## LOCAL RULE 3.01(g) COMPLIANCE

Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc., on behalf of itself and HCLA, has contacted counsel for Plaintiff, and Plaintiff does not oppose this request.

Dated: July 14, 2016                Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Richard S. Dellinger*
　　　　　　　　　　　　　　　　　　Richard S. Dellinger, Esquire
　　　　　　　　　　　　　　　　　　Florida Bar No.: 179957
　　　　　　　　　　　　　　　　　　LOWNDES, DROSDICK, DOSTER,
　　　　　　　　　　　　　　　　　　　KANTOR &  REED, P.A.
　　　　　　　　　　　　　　　　　　215 North Eola Drive
　　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　　Telephone: (407) 843-4600
　　　　　　　　　　　　　　　　　　Facsimile (407) 843-4444
　　　　　　　　　　　　　　　　　　E-mail:richard.dellinger@lowndes-law.com

　　　　　　　　　　　　　　　　　　and

>Charles B. Casper, Esquire (admitted *pro hac vice*)
>Pennsylvania Bar No.: 42784
>MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
>123 South Broad Street
>Philadelphia, Pennsylvania  19109
>Telephone:  (215) 772-1500
>Facsimile: (215) 772-7620
>E-mail:ccasper@mmwr.com
>
>*Attorneys for Defendant HCL America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to:

>Sara Blackwell, Esquire
>THE BLACKWELL FIRM
>1800 2nd Street, Suite 882
>Sarasota, Florida  34236
>E-mail:  sara@theblackwellfirm.com
>
>*Attorney for Plaintiff*
>
>Mary Ruth Houston, Esquire
>Glennys Ortega Rubin, Esquire
>SHUTTS & BOWEN LLP
>300 South Orange Avenue, Suite 1000
>Orlando, FL 32801
>E-mail:  mhouston@shutts.com
>E-mail:  grubin@shutts.com
>
>David W. Ogden, Esquire (admitted *pro hac vice*)
>Wilmer Cutler Pickering Hale and Dorr LLP
>1875 Pennsylvania Avenue, NW
>Washington, D.C. 20006
>E-mail:  David.ogden@wilmerhale.com

       Alan Schoenfeld, Esquire (admitted *pro hac vice*)
       Colin Reardon, Esquire (admitted *pro hac vice*)
       Wilmer Cutler Pickering Hale and Dorr LLP
       7 World Trade Center, 250 Greenwich Street
       New York, NY 10007
       E-mail: Alan.Schoenfeld@wilmerhale.com
       E-mail: Colin.reardon@wilmerhale.com

       *Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.*


  /s/ Richard S. Dellinger
Richard S. Dellinger