## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| LEO PERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>HCL AMERICA, INC. and WALT DISNEY PARKS AND RESORTS U.S., INC.,<br><br>    Defendants. | Case No. 6:16-CV-00112-GAP-TBS |

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS**

Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") hereby gives notice of the following supplemental authority in support of its motion to dismiss:

In their briefs in support of their motions to dismiss, WDPR and HCL America, Inc. ("HCLA") cited the district court's decision in *Ray v. Spirit Airlines, Inc.*, 126 F. Supp. 3d 1332 (S.D. Fla. 2015), which dismissed a RICO claim brought against an airline and its outside consultants. *See* WDPR Br. 10; HCLA Br. 21-22. On September 2, 2016, the Eleventh Circuit affirmed the district court's opinion. *Ray v. Spirit Airlines, Inc.*, --- F.3d ---, 2016 WL 4578347, at *7-12 (11th Cir. Sept. 2, 2016). The court of appeals' decision is relevant to Defendants' arguments concerning (1) the "enterprise" element of Plaintiff's RICO claim (*see* WDPR Br. 10; HCLA Br. 21-22; *Ray*, 2016 WL 4578347, at *9) and (2) Plaintiff's allegations of a RICO conspiracy (*see* WDPR Br. 5-9; WDPR Reply 2-5; *Ray*, 2016 WL 4578347, at *8).

This 9th day of September, 2016.

        Respectfully submitted,

        /s/ Alan Schoenfeld

        Mary Ruth Houston (Bar No. 834440)
        SHUTTS & BOWEN LLP
        300 South Orange Ave., Suite 1000
        Orlando, FL 32801
        Telephone: 407-835-6939
        Facsimile: 407-425-8316
        E-mail: mhouston@shutts.com

        David W. Ogden (*pro hac vice*)
        WILMER CUTLER PICKERING
           HALE and DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, D.C. 20006
        Telephone:  202-663-6440
        Facsimile:   202-663-6363
        E-mail: david.ogden@wilmerhale.com

        Alan Schoenfeld (*pro hac vice*)
        Colin Reardon (*pro hac vice*)
        WILMER CUTLER PICKERING
           HALE and DORR LLP
        7 World Trade Center, 250 Greenwich St.
        New York, NY 10007
        Telephone:  212-230-8800
        Facsimile:   212-230-8888
        E-mail: alan.schoenfeld@wilmerhale.com
        E-mail: colin.reardon@wilmerhale.com

        *Counsel for Walt Disney Parks and Resorts U.S., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 9th day of September, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Sara Blackwell
>The Blackwell Firm
>1800 2nd St. Ste. 882
>Sarasota, FL 34236
>Telephone: 941-961-3046
>E-mail: sara@theblackwellfirm.com
>
>Richard S. Dellinger
>LOWNDES DROSDICK DOSTER KANTOR & REED, P.A.
>215 N. Eola Drive
>Orlando, FL 32801
>Telephone: 407-418-6480
>Facsimile: 407-843-4444
>E-mail: richard.dellinger@lowndes-law.com
>
>Charles B. Casper
>MONTGOMERY McCRACKEN WALKER & RHOADS LLP
>123 South Broad St.
>Philadelphia, PA 19109
>Telephone: 215-772-1500
>Facsimile: 215-731-3750
>E-mail: ccasper@mmwr.com

>/s/ Alan Schoenfeld
>Alan Schoenfeld